United States Bankruptcy Court
Eastern District of California

In re: Case No. 26-14078-B
Rose Wanda Vitale Chapter 7
Diana Nurul Rahayu Affandi
Debtors

# CERTIFICATE OF NOTICE

District/off: 0972-1 User: admin 
Date Rcvd: Sep 04, 2026 Form ID: 309A Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rose Wanda Vitale, Diana Nurul Rahayu Affandi, 3963 Menton Ct, Merced, CA 95348-9537 |
| 24385326 | + | Capital One, CREDENCE RESOURCE MANA, 17000 DALLAS PKWY STE 20, Dallas TX 75248-1938 |
| 24385330 | + | CitiBank N A Costco Visa Card, Midland Credit Management Inc, 350 Camino De La Reina Ste 100, San Diego CA 92108-3007 |
| 24385332 | + | Citibank N A, LVNV Funding LLC, PO Box 1608, Skokie IL 60076-8608 |
| 24385334 | + | Clifford Loan SPV LLC, c o Cooch Taylor PA, 1007 N Orange St Ste 1120, Wilmington DE 19801-1236 |
| 24385342 | + | Fora Financial LLC, Steven A Booska, Po Box 2169, Oakland CA 94621-0069 |
| 24385343 | + | Henry Ford Warren Hospital, PO BOX 773123, 3123 Solution Center, Chicago IL 60677-3001 |
| 24385347 | + | Law Office of Daren M Schlecter, 10866 Wilshire Blvd Suite 1270, Los Angeles CA 90024-4350 |
| 24385359 | + | Point Digital Fin Inc, PO BOX 192, Palo Alto CA 94302-0192 |
| 24385365 | + | Vertical Harvest Inc a Delaware corp, PO Box 641, Jackson WY 83001-0641 |
| 24385370 | | Wells Fargo Bank N A, Po Box 383, Minneapolis MN 55480 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: chris@slclawoffice.com | Sep 05 2026 02:23:00 | Christopher J. Langley, Shioda, Langley & Chang LLP, 1063 E. Las Tunas Dr., San Gabriel, CA 91776 |
| tr | + | EDI: FPLFEAR.COM | Sep 05 2026 06:11:00 | Peter L. Fear, PO Box 28490, Fresno, CA 93729-8490 |
| smg | + | EDI: CALTAXFEE | Sep 05 2026 06:11:00 | California Dept. of Tax and Fee Administration, Collections Support Bureau, Bankruptcy Section, MIC 29, PO Box 942879, Sacramento, CA 94279-0001 |
| smg | | EDI: EDD.COM | Sep 05 2026 06:11:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Sep 05 2026 06:11:00 | Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| 24385318 | + | Email/PDF: bncnotices@becket-lee.com | Sep 05 2026 02:24:38 | AMEX, PO Box 297871, Fort Lauderdale FL 33329-7871 |
| 24385317 | + | Email/PDF: bncnotices@becket-lee.com | Sep 05 2026 02:24:38 | American Express, PO Box 15132, Wilmington DE 19850-5132 |
| 24385319 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 05 2026 02:23:00 | Aspire Credit Card, Attn Bankruptcy, Po Box 105555, Atlanta GA 30348-5555 |
| 24385320 | | EDI: BANKAMER | Sep 05 2026 06:11:00 | Bank of America, Attn Bankruptcy, P O Box |

| | | | | |
|---|---|---|---|---|
| | | | | 15019, Wilmington DE 19886 |
| 24385323 | ^ | MEBN | Sep 05 2026 02:20:17 | BCA Financial Service Inc, 18001 Old Cutler Road Suite 462, Miami FL 33157-6437 |
| 24385324 | + | Email/Text: bankruptcy@bsifinancial.com | Sep 05 2026 02:23:00 | BSI Financial Services, 314 S Franklin St 2nd Fl, Titusville PA 16354-2168 |
| 24385321 | | EDI: BANKAMER | Sep 05 2026 06:11:00 | Bank of America, PO Box 982238, El Paso TX 79998-2238 |
| 24385322 | + | EDI: TSYS2 | Sep 05 2026 06:11:00 | Barcalays Bank Delaware, PO Box 8803, Wilmington DE 19899-8803 |
| 24385328 | + | EDI: CALTAXFEE | Sep 05 2026 06:11:00 | CDTFA, 450 N Street, Sacramento CA 95814-4311 |
| 24385336 | | Email/Text: correspondence@credit-control.com | Sep 05 2026 02:23:00 | Credit Control LLC, 3300 Rider Trail S Ste 500, Earth City MO 63045 |
| 24385325 | + | EDI: CAPITALONE.COM | Sep 05 2026 06:11:00 | Capital One, AttN Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 24385327 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2026 02:24:32 | Capital One, LVNV Funding LLC, PO Box 10497, Greenville SC 29603-0497 |
| 24385329 | ^ | MEBN | Sep 05 2026 02:20:39 | Citadel servicemac, P o Box 100078, Duluth GA 30096-9377 |
| 24385331 | + | EDI: CITICORP | Sep 05 2026 06:11:00 | Citibank N A, 5800 S Corporate PL, Sioux Falls SD 57108-5027 |
| 24385333 | + | EDI: CITICORP | Sep 05 2026 06:11:00 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls SD 57108-5027 |
| 24385335 | + | Email/Text: bankruptcy@credencerm.com | Sep 05 2026 02:24:00 | Credence Resource Management LLC, Attn Bankruptcy, Po Box 2300, Southgate MI 48195-4300 |
| 24385337 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 05 2026 02:24:32 | Credit One Bank, Attn Bankruptcy Department, 6801 Cimarron Rd, Las Vegas NV 89113-2273 |
| 24385338 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 05 2026 02:24:30 | Cws cw Nexus, Attn Bankruptcy, Po Box 9201, Old Bethpage NY 11804-9001 |
| 24385339 | + | EDI: CALTAXFEE | Sep 05 2026 06:11:00 | Department of Tax and Fee Administratio, P O Box 942879, Sacramento CA 94279-0001 |
| 24385340 | + | Email/Text: BKNotifications@myeecu.org | Sep 05 2026 02:23:00 | Educational Empl Cr Un, 2222 W SHAW AVE, Fresno CA 93711-3419 |
| 24385362 | | Email/Text: BNSTAZ@capitalsvcs.com | Sep 05 2026 02:23:00 | Taz Visa, Po Box 2876, Omaha NE 68103 |
| 24385341 | + | Email/Text: BNSFN@capitalsvcs.com | Sep 05 2026 02:23:00 | First National Bank fi, Po Box 5097, Sioux Falls SD 57117-5097 |
| 24385344 | + | EDI: PHINGENESIS | Sep 05 2026 06:11:00 | Indigo, PO Box 4499, Beaverton OR 97076-4499 |
| 24385346 | + | EDI: JPMORGANCHASE | Sep 05 2026 06:11:00 | JPMCB Card, Po Box 15548, Wilmington DE 19850-5548 |
| 24385345 | + | EDI: JEFFERSONCAP.COM | Sep 05 2026 06:11:00 | Jefferson Capital Systems Llc, Attn Bankruptcy, 200 14th Ave E, Sartekk MN 56377-4500 |
| 24385349 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2026 02:24:39 | LVNV Funding LLC Resurgent Capital Serv, Resurgent Correspondence Attn Bankrupt, Po Box 1269, Greenville SC 29602-1269 |
| 24385348 | + | EDI: LENDNGCLUB | Sep 05 2026 06:11:00 | Lending Club, 595 Market St, Ste 200, San Francisco CA 94105-5839 |
| 24385350 | + | Email/Text: CollectionsGrp@mercedschoolcu.org | Sep 05 2026 02:23:00 | Merced School Empl Fcu, Po Box 1349, Merced CA 95341-1349 |
| 24385351 | + | Email/Text: CollectionsGrp@mercedschoolcu.org | Sep 05 2026 02:23:00 | Merced School Emplyee FCU, Po Box 1349, |

| | | | | |
|---|---|---|---|---|
| | | | | Merced CA 95341-1349 |
| 24385352 | + | Email/Text: CollectionsGrp@mercedschoolcu.org | Sep 05 2026 02:23:00 | Merced School Emplyee FCU, 1021 Olivewood Dr, Merced CA 95348-1218 |
| 24385353 | + | EDI: MERCEDES | Sep 05 2026 06:11:00 | Mercedes-Benz Financial, Attn Bankruptcy, Po Box 961, Roanoke TX 76262-0961 |
| 24385354 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 05 2026 02:24:30 | Merrick Bank, PO Box 660702, Dallas TX 75266-0702 |
| 24385355 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 05 2026 02:23:00 | Midland Credit, 350 Camino De La Reina Ste 100, San Diego CA 92108-3007 |
| 24385356 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 05 2026 02:23:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego CA 92108-3007 |
| 24385357 | + | Email/Text: bankruptcy@webbank.com | Sep 05 2026 02:23:00 | New Wave Card webbank, Attn Bankruptcy, P O Box 757, Portmouth NH 03802-0757 |
| 24385361 | | EDI: PRA.COM | Sep 05 2026 06:11:00 | Portfolio Recovery Associates LLC, Attn Bankruptcy, 120 Corporate Boulevard, Norfolk VA 23502 |
| 24385360 | | EDI: PRA.COM | Sep 05 2026 06:11:00 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk VA 23541 |
| 24385358 | ^ | MEBN | Sep 05 2026 02:19:37 | Patenaude Felix APC, 6800 Owensmouth Ave Ste 290, Canoga Park CA 91303-4216 |
| 24385364 | | EDI: USBANKARS.COM | Sep 05 2026 06:11:00 | US Bank, PO Box 6352, Fargo ND 58125-0408 |
| 24385366 | + | Email/Text: collections@waypoint.com | Sep 05 2026 02:23:00 | Waypoint Resource Group, Attn Bankruptcy, 1065 W Levoy Dr Ste 100, Taylorsville UT 84123-2979 |
| 24385367 | + | EDI: AGFINANCE.COM | Sep 05 2026 06:11:00 | Webbank onemain fis, Po Box 3316, Evansville IN 47732-3316 |
| 24385369 | + | EDI: WFCCSBK | Sep 05 2026 06:11:00 | Wells Fargo, PO BOX 29482, Phoenix AZ 85038-9482 |
| 24385368 | | EDI: WFFC | Sep 05 2026 06:11:00 | Wells Fargo, WF Business Direct PO Box 348750, Sacramento CA 95834 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| 24385363 | ##+ | TransPecos Banks SSB, 112 E Pecan St Ste 800, San Antonio TX 78205-1578 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2026 Signature: /s/Gustava Winters

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Rose Wanda Vitale** | Social Security number or ITIN | **xxx–xx–2966** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Diana Nurul Rahayu Affandi** | Social Security number or ITIN | **xxx–xx–3674** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of California** | Date case filed for chapter **7:** | **9/3/26** |
| Case number: | **26–14078 – F – B – 7** | | |

10/20

## Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Rose Wanda Vitale | Diana Nurul Rahayu Affandi |
| **2. All other names used in the last 8 years** | aka Rose Wanda Vitale–Utama | |
| **3. Address** | 3963 Menton Ct<br>Merced, CA 95348 | 3963 Menton Ct<br>Merced, CA 95348 |
| **4. Debtor's attorney** Name and address | Christopher J. Langley<br>Shioda, Langley & Chang LLP<br>1063 E. Las Tunas Dr.<br>San Gabriel, CA 91776 | Contact phone: 951–383–3388 |
| **5. Bankruptcy trustee** Name and address | Peter L. Fear<br>PO Box 28490<br>Fresno, CA 93729 | Contact phone: 559–464–5295 |

**For more information, see page 2 >**



**Please read both sides of this notice. The second page includes important information about the meeting of creditors in this case.**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Robert E. Coyle United States Courthouse<br>2500 Tulare Street, Suite 2501<br>Fresno, CA 93721–1318 | Hours: M–F 9:00 AM – 4:00 PM<br>www.caeb.uscourts.gov<br>Phone: (559) 499–5800<br>Date: 9/4/26 |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 28, 2026 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors are required to bring government issued photo identification and proof of social security number to the meeting of creditors.** | **Location:**<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 708 755 7967, and Passcode 8060240566, OR call 1 (559) 491–2601**<br><br>**For additional meeting information go to www.justice.gov/ust/moc** |
| **8. Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/30/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov or debtors can register for DeBN by filing form EDC 3–321 Debtor's Electronic Noticing Request (DeBN) with the Clerk of Court. Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email. | |