Peter L. Fear
Chapter 7 Trustee
P.O. Box 28490
Fresno, California 93729
(559) 464-5295
trustee@fearlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>ROSE WANDA VITALE AND<br>DIANA NURUL RAHAYU AFFANDI,<br><br>Debtors. | Case No. 26-14078-B<br><br>Chapter 7<br><br>Judge: Hon. Rene Lastreto II |

**REJECTION OF APPOINTMENT AS TRUSTEE**

Notice is hereby given that PETER L. FEAR rejects appointment as Trustee in the above-captioned case.

DATED: September 4, 2026

/s/ Peter L. Fear
PETER L. FEAR
Chapter 7 Trustee