UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721−1318**

(559) 499−5800
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

# AMENDMENT TO CORRECT THE NOTICE OF COMMENCEMENT OF CASE, MEETING OF CREDITORS, AND FIXING OF DATES

**Case Number:** 26−14078 − F − B − 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

| | |
|---|---|
| Rose Wanda Vitale | Diana Nurul Rahayu Affandi |
| xxx−xx−2966 | xxx−xx−3674 |
| 3963 Menton Ct<br>Merced, CA 95348 | 3963 Menton Ct<br>Merced, CA 95348 |

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Rose Wanda Vitale−Utama

The Notice of Commencement of Case, Meeting of Creditors, and Fixing of Dates in this case contained incorrect information. The correct information regarding this case is contained in this amended notice.

| | | | |
|---|---|---|---|
| **Debtor's Attorney:** | Christopher J. Langley<br>Shioda, Langley & Chang LLP<br>1063 E. Las Tunas Dr.<br>San Gabriel, CA 91776 | **Trustee:** | Irma Edmonds<br>2501 West Shaw Avenue, Suite 124<br>Fresno, CA 93711 |
| **Telephone Number:** | 951−383−3388 | **Telephone Number:** | (559) 221−2233 |

## Meeting of Creditors

**Location:** **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 832 446 3165, and Passcode 2071057744, OR call 1 (559) 491−2747**

**Date & Time:** 10/13/26 09:00 AM

## Discharge of Debtor

Deadline to file a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Types of Debts: 11/30/26

Dated:
9/8/26

For the Court,
Scott Yach , Clerk