UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721−1318**

(559) 499−5800
M−F 9:00 AM − 4:00 PM
www.caeb.uscourts.gov

# NOTICE OF INTENT TO CLOSE CHAPTER 7 CASE WITHOUT ENTRY OF DISCHARGE DUE TO FAILURE TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE

**Case Number:** 26−14078 − B − 7

**Debtor Name(s) and Address(es):**

Rose Wanda Vitale
3963 Menton Ct
Merced, CA 95348

Diana Nurul Rahayu Affandi
3963 Menton Ct
Merced, CA 95348

Under the Federal Rules of Bankruptcy Procedure, the Clerk of the Court may close a chapter 7 case without entry of a discharge if a Financial Management Course Certificate, is not filed by the debtor(s) within 60 days after the date first set for the meeting of creditors under § 341 of the Bankruptcy Code, and the case is otherwise eligible for closing. Forty−five (45) days have now passed since the date first set for the meeting of creditors in this case and a Financial Management Course Certificate has not been filed by the debtor(s).

**NOTICE IS HEREBY GIVEN THAT** this case may be closed without entry of a discharge unless a Financial Management Court Certificate, or a motion for extension of time to file a Financial Management Court Certificate, is filed **with the Clerk at the address shown above** on or before 11/27/2026. Once the case is closed without entry of a discharge, obtaining a discharge will require the filing of a Financial Management Course Certificate, together with a motion to reopen the case and payment of a reopening fee (currently $260.00 in a chapter 7 case).

As of December 1, 2024, Form 423 will no longer be accepted in lieu of the certificate of course completion.

Dated: 11/13/26

Scott Yach
Clerk of Court